**Daniel H. KING, Petitioner–Appellant,**

v.

**Justin ANDREWS, Warden, Respondent–Appellee.**

**No. 14–6412.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 29, 2014.

Decided: Aug. 1, 2014.

Daniel H. King, Appellant Pro Se. Kimberly Ann Moore, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel H. King, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petitions. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *King v. Andrews,* Nos. 5:12–hc–02259–FL; 5:12–hc–02271–FL; 5:12–hc–02288–FL, 2014 WL 880893 (E.D.N.C. Mar. 6, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*